UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                                                Case No. 25 mj 6267-AOV

Peter Edward Marin

ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18:U.S.C.§3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby, ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of $3,100.00 on or before 6/16/25 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time payment, pursuant to 18:U.S.C.§3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18: U.S.C.§3006A(C). It is further ORDERED that a Status Re Partial Indigency will be held on 6/16/25 before the undesigned. This hearing may be canceled upon advance notification to the Magistrate Judge's Courtroom Deputy that payment(s) has (have) been met and is (are) current pursuant to the payment schedule. If no notification has been made, or if payment (s) is (are) delinquent, both defense counsel and defendant are required at the hearing.

DONE AND ORDERED at Fort Lauderdale, Florida this 30th day of April, 2025.

_____
Alicia O. Valle
UNITED STATES MAGISTRATE JUDGE

cc:   Miami Financial Section
      All Counsel of Record