UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-06267-VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PETER EDWARD MARIN,

    Defendant.
_____/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                                  Respectfully submitted,

                                  HECTOR A. DOPICO
                                FEDERAL PUBLIC DEFENDER

By:   *s/ Allari Dominguez*
        Assistant Federal Public Defender
        Florida Bar No. 98383
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301-1842
        Tel: 954-356-7436
        E-Mail: Allari_Dominguez@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ *Allari Dominguez*, AFPD