# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**  Date: 5/7/2025  Time: 9:30 a.m.

---

Defendant: Peter Edward Marin (J)   J#: 77790-511   Case #: 25-mj-6267-AOV
AUSA: James Ustynoski   Attorney: David Antonio Donet, Jr., Esq.

Violation: Possession With Intent to Distribute a Controlled Substance (Methamphetamine)
Proceeding: Detention Hearing   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: Pretrial Detention
Bond Set at: $200,000 CSB   Co-signed by:

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: English |
| ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person | **Disposition:** |
| ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary | Defendant present |
| ☐ Refrain from excessive use of alcohol | Notice of Permanent Appearance filed, DE [14]. |
| ☐ Participate in mental health assessment & treatment | **Court grants Defense Motion for Termination of FPD, DE [13].** |
| ☐ Maintain or seek full-time employment/education | Detention Hearing not held. **Both parties stipulate to bond**, with right to revisit. |
| ☐ No contact with victims/witnesses | **Court grants Government Ore Tenus Motion to Continue Preliminary Examination/Arraignment.** |
| ☐ No firearms | |
| ☐ Not to encumber property | |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm ___ am, paid by ___ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: ___ | |
| ☐ Other: | |

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
**Prelim/Arraign** or Removal: 5/16/2025 at 11:00am FTL DUTY
Status Conference RE:

D.A.R.  9:38:35   Time in Court: 15 minutes

**CHECK IF APPLICABLE:** ___For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including __5/16/2025_, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..